**SECTION 216(b) FAIR LABOR STANDARDS ACT AUTHORIZATION**

I, Phillip Calderon Jr., consent to be a Plaintiff in this lawsuit pursuant to § 216(b) of the Fair Labor Standards Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Staten Island, New York
        April 25, 2025

*Philip Calderon*
Philip Calderon (Apr 25, 2025 06:10 EDT)
_____
    Philip Calderon Jr.