# EXHIBIT A

## SECTION 216(b) FAIR LABOR STANDARDS ACT AUTHORIZATION

I, Phillip Calderon Jr., consent to be a Plaintiff in this lawsuit pursuant to § 216(b) of the Fair Labor Standards Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Staten Island, New York
      April 25, 2025

*Philip Calderon*
Philip Calderon (Apr 25, 2025 06:10 EDT)
_____
Philip Calderon Jr.

## SECTION 216(b) FAIR LABOR STANDARDS ACT AUTHORIZATION

I, Farshad Pinchasi, consent to be a Plaintiff in this lawsuit pursuant to § 216(b) of the Fair Labor Standards Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Nassau County, New York
      May  21  , 2025

*Farshad Pinchasi*
Farshad Pinchasi (May 21, 2025 08:22 EDT)
Farshad Pinchasi

## SECTION 216(b) FAIR LABOR STANDARDS ACT AUTHORIZATION

I, Allison Fields, consent to be a Plaintiff in this lawsuit pursuant to § 216(b) of the Fair Labor Standards Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Suffolk County, New York
      May \_\_\_\_\_, 2025

    12/05/25

_____
Allison Fields (May 12, 2025 17:20 EDT)

    Allison Fields

## SECTION 216(b) FAIR LABOR STANDARDS ACT AUTHORIZATION

I, Dana Folgar, consent to be a Plaintiff in this lawsuit pursuant to § 216(b) of the Fair Labor Standards Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Armonk, New York
       May 12, 2025

*Dana Folgar*
Dana Folgar (May 13, 2025 15:00 EDT)

Dana Folgar