# KATZ BANKS KUMIN

**Hugh Baran, Partner**
Phone:  646-759-4501
Email:   baran@katzbanks.com

January 24, 2026

<u>**Via ECF**</u>
The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re:    *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

      Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report on the parties' settlement discussions.

      The parties held a second mediation at JAMS with Marc Isserles, an experienced mediator of class action matters, on Tuesday, January 20, 2026. The parties are continuing their settlement discussions and have scheduled a third mediation with Mr. Isserles on Wednesday, February 11, 2026. At this time, the parties respectfully request that the Court extend the current stay pending mediation through February 13, 2026. The parties will provide a further update to Your Honor within one week of the third mediation—i.e., by February 18, 2026.

      We thank the Court for its attention to this matter.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

<u>/s/ Hugh Baran</u>
Hugh Baran (he/him)
Emma Walters (she/her)
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
Baran@katzbanks.com
Walters@katzbanks.com

**THE LEGAL AID SOCIETY**
B. Franco Olshansky
Richard Blum
Rebekah Cook-Mack

**KATZ BANKS KUMIN**

The Hon. Lara K. Eshkenazi
January 24, 2026
Page 2

                                                Michael Diller
                                                Belkys Garcia
                                                49 Thomas Street, Fl 5
                                                New York, NY 10013
                                                (332) 227-7291
                                                bfrancoolshansky@legal-aid.org
                                                rblum@legal-aid.org
                                                rcook-mack@legal-aid.org
                                                mdiller@legal-aid.org
                                                brgarcia@legal-aid.org

                                                *Counsel for Plaintiffs*

cc:       All counsel (via ECF)