# KATZ BANKS KUMIN

**Hugh Baran, Partner**
Phone:  646-759-4501
Email:   baran@katzbanks.com

February 25, 2026

<u>**Via ECF**</u>
The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

    Re:    *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

    Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report on the parties' settlement discussions.

    As we advised last week, the parties held a third mediation at JAMS with Marc Isserles, an experienced mediator of class action matters, on Wednesday, February 11, 2026. The parties are continuing their settlement discussions through the mediator, and have been continuing to do so since our report last Wednesday to Your Honor.

    At this time, the parties respectfully request that the Court extend the current stay pending mediation through this coming Monday, March 2, 2025, at which time the parties will file a further update.

    We thank the Court for its continued attention to this matter.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

<u>/s/ Hugh Baran</u>
Hugh Baran (he/him)
Emma Walters (she/her)
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
Baran@katzbanks.com
Walters@katzbanks.com

**THE LEGAL AID SOCIETY**
B. Franco Olshansky

Richard Blum
Rebekah Cook-Mack
Michael Diller
Belkys Garcia
49 Thomas Street, Fl 5
New York, NY 10013
(332) 227-7291
bfrancoolshansky@legal-aid.org
rblum@legal-aid.org
rcook-mack@legal-aid.org
mdiller@legal-aid.org
brgarcia@legal-aid.org

*Counsel for Plaintiffs*

cc: All counsel (via ECF)