# KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Phone: 646-759-4501**
**Email: baran@katzbanks.com**

March 2, 2026

**Via ECF**
The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

      Re:    *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

      Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report on the parties' settlement discussions.

      The parties are continuing their settlement discussions through Mediator Marc Isserles at JAMS, and have been continuing to do so since our report last Wednesday to Your Honor.

      At this time, the parties respectfully request that the Court extend the current stay pending mediation through this coming Friday, March 6, 2026, at which time the parties will file a further update.

      We thank the Court for its continued attention to this matter.

          Respectfully submitted,

          **KATZ BANKS KUMIN LLP**

          /s/ Hugh Baran
          Hugh Baran (he/him)
          Emma Walters (she/her)
          111 Broadway, Suite 1403
          New York, NY 10006
          (646) 759-4501
          Baran@katzbanks.com
          Walters@katzbanks.com

          **THE LEGAL AID SOCIETY**
          B. Franco Olshansky
          Richard Blum
          Rebekah Cook-Mack

# KATZ BANKS KUMIN

Michael Diller
Belkys Garcia
49 Thomas Street, Fl 5
New York, NY 10013
(332) 227-7291
bfrancoolshansky@legal-aid.org
rblum@legal-aid.org
rcook-mack@legal-aid.org
mdiller@legal-aid.org
brgarcia@legal-aid.org

*Counsel for Plaintiffs*

cc:    All counsel (via ECF)