# KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Phone: 646-759-4501**
**Email: baran@katzbanks.com**

March 13, 2026

<u>**Via ECF**</u>

The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

      Re:    *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

      Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report on the parties' settlement discussions.

      The parties are continuing their settlement discussions through Mediator Marc Isserles at JAMS, and have been continuing to do so since our report last Friday to Your Honor.

      The parties are making continued progress and are at a critical phase in their negotiations. At this time, the parties respectfully request that the Court extend the current stay pending mediation through Friday, March 20, 2026, at which time the parties will file a further update.

      We thank the Court for its continued attention to this matter.

            Respectfully submitted,

            **KATZ BANKS KUMIN LLP**

            <u>/s/ Hugh Baran</u>
            Hugh Baran (he/him)
            Emma Walters (she/her)
            111 Broadway, Suite 1403
            New York, NY 10006
            (646) 759-4501
            Baran@katzbanks.com
            Walters@katzbanks.com

            **THE LEGAL AID SOCIETY**
            B. Franco Olshansky
            Richard Blum
            Rebekah Cook-Mack

# KATZ BANKS KUMIN

Michael Diller
Belkys Garcia
49 Thomas Street, Fl 5
New York, NY 10013
(332) 227-7291
bfrancoolshansky@legal-aid.org
rblum@legal-aid.org
rcook-mack@legal-aid.org
mdiller@legal-aid.org
brgarcia@legal-aid.org

*Counsel for Plaintiffs*

cc:     All counsel (via ECF)