# KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Phone: 646-759-4501**
**Email: baran@katzbanks.com**

April 23, 2026

<u>**Via ECF**</u>
The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re: *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report, pursuant to the Court's April 20, 2026 Scheduling Order.

The parties have been working to finalize a term sheet since our April 13, 2026 status report advising of a settlement-in-principle. We expect to file a further update with the Court tomorrow, April 24, 2026, that we have executed a term sheet. We do not believe this one-day delay in completing the term sheet requires extension of any other deadline in the current Scheduling Order.

We thank the Court for its continued patience with the parties as we finalize the terms of the settlement.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

/s/ Hugh Baran
Hugh Baran (he/him)
Emma Walters (she/her)
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
Baran@katzbanks.com
Walters@katzbanks.com

**THE LEGAL AID SOCIETY**
B. Franco Olshansky
Richard Blum
Rebekah Cook-Mack
Michael Diller
Belkys Garcia

# KATZ BANKS KUMIN

The Hon. Lara K. Eshkenazi
April 23, 2026
Page 2

49 Thomas Street, Fl 5
New York, NY 10013
(332) 227-7291
bfrancoolshansky@legal-aid.org
rblum@legal-aid.org
rcook-mack@legal-aid.org
mdiller@legal-aid.org
brgarcia@legal-aid.org

*Counsel for Plaintiffs*

cc:      All counsel (via ECF)