# KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Phone: 646-759-4501**
**Email: baran@katzbanks.com**

April 24, 2026

<u>**Via ECF**</u>

The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re: *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report on the term sheet.

As noted yesterday, the parties have been working to finalize a term sheet since our April 13, 2026 status report advising of a settlement-in-principle. That work continued last night and today, and the term sheet is very nearly final, but the parties are unable to execute a term sheet before next Friday, May 1, 2026. We expect to file a further update with the Court that day that we have executed a term sheet.

The parties agree that this delay in executing the term sheet does not require any other modification of the current Scheduling Order, as the parties will be continuing with the other items necessary to effectuate the settlement in the interim.

In the event the Court has any other questions before next Friday, we are amenable to scheduling a private settlement call with Your Honor. We thank the Court for its continued patience with the parties as we move toward executing the term sheet.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

/s/ Hugh Baran
Hugh Baran (he/him)
Emma Walters (she/her)
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
Baran@katzbanks.com
Walters@katzbanks.com

# KATZ BANKS KUMIN

**THE LEGAL AID SOCIETY**
B. Franco Olshansky
Richard Blum
Rebekah Cook-Mack
Michael Diller
Belkys Garcia
49 Thomas Street, Fl 5
New York, NY 10013
(332) 227-7291
bfrancoolshansky@legal-aid.org
rblum@legal-aid.org
rcook-mack@legal-aid.org
mdiller@legal-aid.org
brgarcia@legal-aid.org

*Counsel for Plaintiffs*

cc:    All counsel (via ECF)