# KATZ BANKS KUMIN

**Hugh Baran, Partner**
**Emma Walters, Associate**
**Phone: 646-759-4501**
**Email: baran@katzbanks.com**
**walters@katzbanks.com**

May 1, 2026

<u>**Via ECF**</u>

The Hon. Frederic Block, United States District Judge
The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Philip Calderon, et al. v. Public Partnerships, LLC*, No. 25-cv-02320 (FB)(LKE)

Dear Judges Block & Eshkenazi:

Katz Banks Kumin LLP and The Legal Aid Society represent Plaintiffs Philip Calderon, Farshad Pinchasi, Allison Fields, and Dana Folgar in the above-referenced matter. We write with the consent of counsel for Defendant Public Partnerships, LLC ("PPL") to provide a further status report.

The parties are pleased to report that they executed a binding term sheet earlier today. Per the term sheet, the parties shall next complete the terms of a full settlement agreement. And pursuant to the term sheet and the April 20, 2026 Scheduling Order, Plaintiffs shall file a motion for preliminary approval and preliminary certification of a settlement class by June 23, 2026, which shall be heard at the hearing scheduled before Judge Eshkenazi on July 1, 2026. The proposed class, if approved by the Court, will cover personal assistants in New York City, Long Island, and Westchester County.

We thank Your Honors for your continued attention to this matter and patience with the parties as we have finalized these complex settlement negotiations, and we look forward to submitting the proposed settlement and preliminary approval motion to the Court by June 23, 2026.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

/s/ Hugh Baran
Hugh Baran (he/him)
Emma Walters (she/her)
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
Baran@katzbanks.com
Walters@katzbanks.com

# KATZ BANKS KUMIN

**THE LEGAL AID SOCIETY**
B. Franco Olshansky
Richard Blum
Rebekah Cook-Mack
Michael Diller
Belkys Garcia
49 Thomas Street, Fl 5
New York, NY 10013
(332) 227-7291
bfrancoolshansky@legal-aid.org
rblum@legal-aid.org
rcook-mack@legal-aid.org
mdiller@legal-aid.org
brgarcia@legal-aid.org

*Counsel for Plaintiffs*

cc:    All counsel (via ECF)