
July 9, 2026

*Via ECF*

The Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re:     *Calderon et al. v. Public Partnerships, LLC*, No. 1:25-cv-02320 (FB)(LKE)

Dear Magistrate Judge Eshkenazi:

We write in response to Defendant Public Partnerships, LLC ("PPL") counsel's letter, filed with the Court on July 8, 2026, *Calderon et al. v. Public Partnerships, LLC*, No. 1:25-cv-02320, Dkt. 62 (E.D.N.Y.). First, we note that PPL and the Plaintiffs do not dispute that our clients in the *Flanagan v. Public Partnerships, LLC*, 6:25-cv-06225 (W.D.N.Y.) action would be affected if PPL rolled out arbitration agreements with class/collective-action waivers to the personal assistants our clients seek to represent. Second, the July 8, 2026 letter incorrectly implies that there is no significant overlap between the *Calderon* and *Flanagan* actions. The *Flanagan* complaint asserts statewide violations of the New York Labor Law ("NYLL"), pursuant to FRCP Rule 23, on behalf of "a class consisting of similarly situated employees who worked for Defendant as personal assistants in CDPAP starting with their employment with PPL in or about March 1, 2025." *Flanagan v. Public Partnerships, LLC*, 6:25-cv-06225, Dkt. 1, ¶ 84 (W.D.N.Y.). The definition of the *Flanagan* class therefore is not limited geographically to upstate New York as the *Calderon* parties incorrectly assert. Also, both actions seek relief for wage-and-hour violations arising from PPL's conduct with respect to CDPAP personal assistants.

Accordingly, we reiterate our request to be heard on this issue. More specifically, consistent with the parties' proposed briefing schedule (Dkt. 62), we request leave to file our submission on August 7, 2026, the same date the Plaintiffs' opposition to the Defendant's motion would be due.

Thank you for your consideration.

**New York City**

3 Colombus Circle, 15TH Floor
New York City, NY 10019

434 W. 33rd Street, 10TH Floor
New York City, NY 10001

**Albany**

90 State Street, Suite 700
Albany, NY 12207

**Buffalo**

50 Fountain Place, Suite 1400
Buffalo, NY 14202


Respectfully submitted,

PORICANIN LAW, P.C.

By: *Emina Poricanin*

Emina Poricanin
Poricanin Law, P.C.
52 Madeleine Lane
Glenmont, New York 12077
emina@poricaninlaw.com
(315) 269-1125

cc: All Counsel of Record via ECF

**New York City**

3 Colombus Circle, 15TH Floor
New York City, NY 10019

434 W. 33rd Street, 10TH Floor
New York City, NY 10001

**Albany**

90 State Street, Suite 700
Albany, NY 12207

**Buffalo**

50 Fountain Place, Suite 1400
Buffalo, NY 14202