
**Poricanin**
Practical counsel. Industry insight.

**Emina Poricanin, Esq.**

emina@poricaninlaw.com
(315) 269-1125
poricaninlaw.com

July 10, 2026

*Via ECF*

The Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

  **Re:**  *Calderon et al. v. Public Partnerships, LLC*, **No. 1:25-cv-02320 (FB)(LKE)**

Dear Magistrate Judge Eshkenazi:

  We are in receipt of Mr. Baran's letter of today responding to our request for leave to be heard with respect to Defendant Public Partnerships, LLC's intent to distribute arbitration agreements with class/collective-action waivers to putative class and collective members. We respectfully request that the Court not take any action on our request until we have an opportunity to respond to Mr. Baran's letter and ask that we may have until the close of business on Monday, July 13, 2026 to do so.

  Thank you for your consideration.

      Respectfully submitted,

       PORICANIN LAW, P.C.

    By: *Emina Poricanin*
        Emina Poricanin
        Poricanin Law, P.C.
        52 Madeleine Lane
        Glenmont, New York 12077
        emina@poricaninlaw.com
        (315) 269-1125

cc:  All Counsel of Record via ECF

**New York City**         **Albany**        **Buffalo**

3 Colombus Circle, 15TH Floor  434 W. 33rd Street, 10TH Floor  90 State Street, Suite 700  50 Fountain Place, Suite 1400
New York City, NY 10019    New York City, NY 10001   Albany, NY 12207     Buffalo, NY 14202