

**EXHIBIT A**



1295 Northland Drive    1-844-728-8428
STE 160    info@atticusadmin.com
St. Paul MN 55120    www.atticusadmin.com

July 6, 2026

**VIA U.S. PRIORITY MAIL**

AG Name
Attorney General of State
Address 1
Address 2
City State Zip

Re:    **Class Action Fairness Act Notice**
Calderon, et al. v. Public Partnerships, LLC ("PPL")
United States District Court Eastern District of New York
1:25-cv-02320 (FB)(LKE)

Dear Sir or Madam,

ATTICUS ADMINISTRATION, LLC has been appointed as the third-party Settlement Administrator in a putative class action lawsuit in the above-referenced class action (the "Action") pending in the United States District Court Eastern District of New York. The parties have proposed to settle the claims asserted in the Action with the terms of a settlement agreement which was filed with the Court on June 23, 2026.

This notice of a proposed settlement is being provided to you in accordance with the Class Action Fairness Act, 28 U.S.C. § 1715. Provision of this notice does not constitute an admission by PPL of the applicability of the Class Action Fairness Act to this matter. The enclosed CD-ROM, the contents of which are identified below, includes all of the materials requested under the statute.

Contents of the Enclosed CD-ROM

1.    First Amended Class & Collective Action Complaint (Attachment 1)

2.    Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval, Preliminary Class Certification, Appointment of Class Counsel, and Other Relief ("Motion for Settlement Approval") (Attachment 2)

3.    Postcard Notice ("Proposed Notice") (Attachment 3)

4.    Email Notice (Attachment 4)

5.    Long Form Notice (Attachment 5)

6.    Text Notice (Attachment 6)

7.    Settlement Agreement ("Settlement Agreement") (Attachment 7)

8.    Order Granting Preliminary Settlement Approval and Preliminarily Certifying the



1295 Northland Drive  1-844-728-8428
STE 160  info@atticusadmin.com
St. Paul MN 55120  www.atticusadmin.com

Settlement Class ("Preliminary Approval Order") (Attachment 8)

9.     List of Class Members Residing in State (Attachment 9)


A final judgment has not been entered in this action and no notice of dismissal has been filed at this time. The Final Approval Hearing has been scheduled for November 10, 2026 at 10:00 a.m. before Judge Lara K. Eshkenazi.

If you are unable to access any of the information included on the enclosed CD or if you have any questions regarding the proposed settlement, kindly contact counsel for the Defendant, Roy P. Salins, Davis Wright Tremaine LLP, 1251 Avenue of the Americas, 42nd Floor, New York, New York 10020, roysalins@dwt.com, 212.603.6435.

With kind regards,



Office of the Settlement Administrator


Enclosure – CD-ROM