KATZ BANKS KUMIN
**Avi L. Kumin, Partner**
**Phone: 202-299-1140**
**Email: kumin@katzbanks.com**

August 18, 2026

**Via ECF**
The Hon. Lara K. Eshkenazi, United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re: *Philip Calderon, et al. v. Public Partnerships, LLC*, 25-cv-02320 (FB)(LKE)

Dear Judge Eshkenazi:

As the Court is aware, our firm represents Plaintiffs in the above-captioned matter, and I am seeking admission *pro hac vice*. ECF No. 68. I write in response to the Court's August 10, 2026 Order to Show Cause concerning the status of my admission to the bar of the Commonwealth of Pennsylvania, since the Pennsylvania Certificate of Good Standing previously submitted had not been issued within the prior 30 days.

In response to the Order, I requested a new Pennsylvania Certificate of Good Standing for submission to the Court. I respectfully submit the enclosed Certificate of Good Standing issued by the Supreme Court of Pennsylvania. I received the updated certificate (which must be requested by mail, unlike in most other states) by mail on August 18, 2026.

We thank the Court for its ongoing attention to this matter.

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

/s/ Avi Kumin
Avi Kumin (he/him)
Hugh Baran (he/him)
Emma Walters (she/her)
11 Dupont Circle NW, Suite 600
Washington, DC 20036
(202) 299-1140
Kumin@katzbanks.com
Baran@katzbanks.com
Walters@katzbanks.com

*Counsel for Plaintiffs & the Settlement Class*

cc: All counsel (via ECF)